# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GORDON G. CARTER,** | : |
| Plaintiff, | : |
| vs. | :    CA 08-0526-KD-C |
| **MICHAEL J. ASTRUE,** <br> **Commissioner of Social Security,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 22, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of June, 2009.

                     s/ Kristi K. DuBose
                     **KRISTI K. DuBOSE**
                     **UNITED STATES DISTRICT JUDGE**