IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GORDON G. CARTER, | : |
|     Plaintiff, | : |
| vs. | :   CA 08-0526-KD-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
|     Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $2,169.83 under the Equal Access to Justice Act, representing compensation for the 13 hours of service by Marilyn H. Macey, at the cost-of-living-adjusted rate of $166.91 per hour.

**DONE** this 9th day of June, 2009.

                         s/ Kristi K. DuBose
                         **KRISTI K. DuBOSE**
                         **UNITED STATES DISTRICT JUDGE**